# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TRACEY SCOTT and LORRENZO HAMPTON,                          PLAINTIFFS
individually and on behalf of all others similarly situated

v.                      No. 3:18CV00056 JLH

REVCLAIMS, LLC; and
ST. BERNARD'S HOSPITAL, INC.                                      DEFENDANTS

## ORDER

The joint motion to amend final scheduling order is GRANTED. Document #30. The deadline for the addition of parties and amendment of pleadings is extended to December 20, 2018.

IT IS SO ORDERED this 17th day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE