IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRACEY SCOTT; et al.                                                           PLAINTIFFS

v.                      NO. 3:18CV00056 JLH

REVCLAIMS, LLC; et al.                                                 DEFENDANTS

## ORDER

The jury trial scheduled for the week of March 4, 2019, in Jonesboro, Arkansas, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 6th day of December, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE