IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRACEY SCOTT and LORRENZO HAMPTON,                                    PLAINTIFFS
individually and on behalf of all others similarly situated

v.                               No. 3:18CV00056 JLH

REVCLAIMS, LLC; and
ST. BERNARD'S HOSPITAL, INC.                                          DEFENDANTS

## ORDER OF DISMISSAL

This action is dismissed without prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED this 6th day of March, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE